Bennett, Giuliano, McDonnell & Perrone, LLP
Attorneys for Plaintiff
494 Eighth Avenue, 7th Floor
New York, New York 10001
Telephone:   (646) 329-0120
Facsimile:   (646) 328-0121
William R. Bennett, III  (WB 1383)
wbennett@bgmplaw.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
TEXAS AMERICAN SHIPPING CORPORATION          07-CIV-

          Plaintiff,

  - against -                                                                    ORDER FOR APPOINTMENT
                                                                            TO SERVE PROCESS OF
                                                                            MARITIME ATTACHMENT
LAND, AIR & SEA, LTD.,                                                AND GARNISHMENT

          Defendant(s).
------------------------------------------------------------X

     Plaintiff, having moved for an Order pursuant to Fed. R. Civ. P. Rule 4(c) appointing William R. Bennett, III or any other person appointed by Bennett, Giuliano McDonnell & Perrone, LLP, to serve process of attachment and garnishment in this matter, and it appearing from the affidavit of William R. Bennett, III, Esq., that such appointment will result in substantial economies in time and expense,

     **NOW,** on motion of Bennett, Giuliano, McDonnell & Perrone, LLP, attorneys for plaintiff, it is

     **ORDERED** that William R. Bennett, III or any other person at least 18 years of age and not a party to this action, appointed by Bennett, Giuliano, McDonnell & Perrone, LLP, be and hereby is appointed to serve process of attachment and garnishment in this matter.

**SO ORDERED**

_Deborah A. Batts_  11/27/07
DEBORAH A. BATTS
UNITED STATES DISTRICT JUDGE